DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

NICKLAUS LEE WILLIAMS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2026-0906

_____

June 17, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Sarasota County; Thomas Krug, Judge.

PER CURIAM.

    Affirmed.

MORRIS, BLACK, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.